UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>TRISTA HAMPTON VANNEY,<br><br>      Defendant. | CASE NO. MJ23-314<br><br>**DETENTION ORDER** |

  The Court has conducted a detention hearing under 18 U.S.C. § 3142(f), and concludes there are no conditions which the defendant can meet which would reasonably assure the defendant's appearance as required or the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

  Defendant was arrested on a warrant issued by the District of Arizona that alleges she violated conditions of pretrial release by consuming alcohol, using controlled substances, failing to comply with her substance treatment program and committing violations for driving without insurance or a valid license. The pretrial report indicates that when Defendant was arrested, law enforcement found a gun and a baggy of white powdery substance. Additionally, the report indicates that Defendant was residing with a friend without advising her supervising officer in violation of her conditions of supervision. Defendant has long struggled with substance abuse problems and it appears she continues to use controlled substances, and has associated with

DETENTION ORDER - 1

others who also use controlled substances and possess firearms. The Court concludes Defendant poses a risk of danger to the community and also poses a flight risk given how she moved her place of residence without letting her supervising officer know.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding;

(4) The Clerk shall provide copies of this order to all counsel, the United States Marshal, and to the United States Probation and Pretrial Services Officer.

DATED this 21st day of June, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2